# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-50692
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 24, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

PEDRO MARTINEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:13-CR-233-2

Before DAVIS, ELROD, and COSTA, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Pedro Martinez has moved for leave
to withdraw and has filed a brief in accordance with *Anders v. California*, 386
U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).
Martinez has not filed a response. We have reviewed counsel's brief and the
relevant portions of the record reflected therein. We concur with counsel's
assessment that the appeal presents no nonfrivolous issue for appellate review.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 14-50692

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.